■ RAMIRO A. RESTREPO et al., Also Known as SINGING FROG

STABLE, Respondents, v STATE OF NEW YORK, Appellant, et al., Defendant. (Claim No. 69819.)

We agree with the finding of the Court of Claims that, under the facts of this case, the New York State Racing and Wagering Board is liable for veterinary malpractice. In light of the foregoing, we decline to reach the Court of Claims' alternative holding that a *de facto* taking occurred. Mangano, P. J., Bracken, Lawrence and Rosenblatt, JJ., concur. *[See,* 146 Misc 2d 349.]